**26SL-CC01285**

Electronically Filed - St Louis County - February 03, 2026 - 02:59 PM

IN THE CIRCUIT COURT FOR THE TWENTY-FIRST JUDICIAL CIRCUIT
ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| DORIAN GUY-BEY, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TAUREON BROWN, | ) |
| | ) |
| Defendant. | ) |

**Serve at:**

**113 Las Olas Drive**
**Belleville, IL 62221**

**PETITION**

NOW COMES Plaintiff, Dorian Guy-Bey, by and through his attorneys, Hipskind &

McAninch, LLC, and for his Petition, states as follows:

1.      Plaintiff is a citizen of the State of Missouri.

2.      Defendant is a citizen of the State of Illinois.

3.      The accident at issue occurred in St. Louis County, Missouri.

4.      On September 1, 2023, Plaintiff was the driver of a 2013 Ford F115 stopped for a

red light at the intersection of Spencer and Page when your insured struck the rear of his vehicle

causing this collision in St. Louis County, Missouri.

5.      At said time and place, Defendant failed to slow his vehicle, striking the rear of

Plaintiff's vehicle.

6.      At all relevant times, the Defendant owed Plaintiff a duty to exercise due care,

maintain a proper lookout, and to operate his vehicle in a safe and reasonable manner in

compliance with the Missouri Vehicle Code.

**EXHIBIT C**

Electronically Filed - St Louis County - February 03, 2026 - 02:59 PM

7.    Despite the duty owed to Plaintiff, the Defendant committed one or more of the following negligent acts or omissions:

    a)    Negligently and carelessly failed to operate his vehicle in a safe and proper manner;

    b)    Negligently and carelessly failed to keep a proper lookout;

    c)    Negligently and carelessly failed to keep his vehicle under control as to avoid a collision;

    d)    Negligently and carelessly failed to use every precaution to avoid a collision;

    e)    Negligently and carelessly proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property;

    f)    Negligently and carelessly failed to decrease his speed, stop or swerve so as to avoid colliding with another vehicle.

8.    As a direct and proximate result of the foregoing acts and omissions committed by Defendant, the Plaintiff was severely and permanently injured, disabled and disfigured; was in the past compelled to expend and be liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his injuries; and experienced great physical pain and mental anguish.

WHEREFORE the Plaintiff prays for judgement against the Defendant in an amount in excess of $25,000.00 and any other relief the Court deems just and equitable.

Electronically Filed - St Louis County - February 03, 2026 - 02:59 PM

Respectfully Submitted,

**HIPSKIND & MCANINCH, LLC**

By:   /s/ Brady McAninch
       Brady McAninch, #67679
       5111 West Main Street
       Belleville, Illinois 62226
       Phone: 618-641-9189
       Fax: 618-551-2642
       brady@hm-attorneys.com
       *Attorney for Plaintiff*